UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Criminal No.** 09-_____

UNITED STATES OF AMERICA v. Farod Thomas

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Farod Thomas** SBI# 339458C Jail# 182595 is now confined at the Union County Jail.

2. Said individual will be required at the United States District Court in Newark, New Jersey, on Wednesday, March 25, 2009 at 9:30 a.m. for an Arraignment before Hon. William H. Walls in the above captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: March 11, 2009          /s/ Eric T. Kanefsky
                               ERIC T. KANEFSKY
                               Assistant United States Attorney
                               Petitioner (973) 645-2746

ORDER FOR WRIT:   Let the Writ Issue
DATED:

                               HON. WILLIAM H. WALLS
                               UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:  The United States of America to

WARDEN OF UNION COUNTY JAIL, WE COMMAND that you have the body of **(as described above)** SBI# 339458C, JAIL # 182595 now confined in Union, brought to the United States District Court, in Newark, N.J. on Wednesday, March 25, 2009, at 9:30 a.m. for an Arraignment, in the above-captioned matter.  The defendant shall remain in federal custody until these proceedings are completed.  Immediately on completion of these proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge at Newark, NJ.

DATED:                         WILLIAM T. WALSH
                               Clerk of the U.S. District Court
                               for the District of New Jersey

                               Per: _____
                                    Deputy Clerk Loretta McCall