UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : Crim. No. 09-58 (WHH) |
|---|---|
| v. | : Hon. William H. Walls |
| FAROD THOMAS | : <u>CONTINUANCE ORDER</u> |

A criminal indictment charging the defendant with being a convicted felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), having been returned on January 29, 2009; and the defendant having appeared before Magistrate Judge Esther Salas for an initial appearance on February 18, 2009; and the defendant being represented by Linda Foster, Esq., Assistant Federal Public Defender; and the defendant's arraignment being scheduled before this Court for March 25, 2009 at 9:30 a.m., and the defendant and his counsel being aware that the defendant has the right to a trial within seventy (70) days of defendant's arraignment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and one (1) continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(8)(A); the parties hereby request a continuance of sixty (60) days pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in order to permit the parties to engage in plea negotiations and try to resolve this matter without trial;

IT IS on this 30th day of March, 2009,

ORDERED that from the date this Order is entered, to and

including May 18, 2009, shall be excluded in calculating the time within which this case must go to trial under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time so that the parties can attempt to resolve this matter through a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

HONORABLE WILLIAM H. WALLS
United States District Judge

SEEN AND AGREED:

Eric P. Kanefsky, Esq.
Assistant U.S. Attorney

Linda Foster, Esq., AFPD
Counsel for Farod Thomas