UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 09-58 (WHH)
:
v. : Hon. William H. Walls
:
FAROD THOMAS : <u>CONTINUANCE ORDER</u>

A criminal indictment charging the defendant with being a convicted felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), having been returned on January 29, 2009; and the defendant being represented by Linda Foster, Esq., Assistant Federal Public Defender; and the defendant having been arraigned by this Court on March 25, 2009, and the defendant and his counsel being aware that the defendant has the right to a trial within seventy (70) days of his arraignment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and two(2) continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the parties hereby request another continuance of sixty (60) days pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the parties to continue plea negotiations and try to resolve this matter without trial;

IT IS on this 27th day of May, 2009,

ORDERED that from the date this Order is entered, to and including July 18, 2009, shall be excluded in calculating the time within which this case must go to trial under the Speedy

Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time so that the parties can attempt to resolve this matter through a plea agreement and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge

SEEN AND AGREED:

_____
Eric T. Kanefsky, Esq.
Assistant U.S. Attorney

_____
Linda Foster, Esq., AFPD
Counsel for Farod Thomas